IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

QUAD INTERNATIONAL, INC.   )
                                                      )   No. 3-12-1117
v.   )
                                                      )
JOHN DOE   )

O R D E R

On January 23, 2013, the plaintiff filed a notice of voluntary dismissal (Docket Entry No. 11), no answer or motion for summary judgment having been filed or served by the defendant.

As a result, the initial case management conference, rescheduled by order entered January 3, 2013 (Docket Entry No. 10), on January 24, 2013, was CANCELLED.

In accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED without prejudice and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

                                                                JULIET GRIFFIN
                                                                 United States Magistrate Judge